**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SOVEREIGN MILITARY HOSPITALLER
ORDER OF SAINT JOHN OF JERUSALEM
OF RHODES AND OF MALTA,

Plaintiff,

- against -

KNIGHTS HOSPITALLERS OF THE
SOVEREIGN ORDER OF SAINT JOHN OF
JERUSALEM, KNIGHTS OF MALTA, THE
ECUMENICAL ORDER,

Defendant.

_____/

**09-81008**

Civil Action No.:
09_____ **CIV-RYSKAMP**

MAGISTRATE JUDGE
VITUNAC

FILED by ___ D.C.

JUL 0 8 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**COMPLAINT**

Plaintiff, Sovereign Military Hospitaller Order of Saint John of Jerusalem of

Rhodes and of Malta ("Plaintiff" or "Order"), for its complaint against Defendant

Knights Hospitallers Of The Sovereign Order Of Saint John Of Jerusalem, Knights

Of Malta, The Ecumenical Order, a purported Florida Non-Profit Corporation

("Defendant"), alleges upon personal knowledge for its own acts and upon

information and belief with respect to all other matters, as follows:

1.      This is an action for service mark infringement, false designation of

origin, unfair competition, and deceptive acts and practices in that Defendant is

recruiting members and soliciting charitable contributions from the public using

Plaintiff's registered service marks and facsimiles thereof.

**PLAINTIFF**

2.      Plaintiff was founded in the eleventh century in Jerusalem to

provide care to poor and sick pilgrims in the Holy Land.  Plaintiff has also been

known for hundreds of years and is known today as, *inter alia*, the "Hospitallers of St. John of Jerusalem," the "Order of St. John of Jerusalem," the "Knights of Malta," "Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta," and identified by the Maltese Cross on Shield Design and the Order of Malta Coat of Arms, depicted respectively in Exhibits 1 and 2 to this complaint.

  3.  <u>Brief History of the Order and the Knights of Malta</u>

  (a)  In 1048, the Order was founded as a monastic community known as the Hospitallers of St. John of Jerusalem led by the Blessed Gerard, who was the first Grand Master (founder and leader) of the Order. The Knights Hospitallers of St. John of Jerusalem cared for pilgrims, the poor and sick, without regard to race or religion. In 1113, the Papal Bull of Pope Pascal II founded the religious Order of St. John of Jerusalem under the protection of the Holy See (The Vatican). With the responsibilities of military defense of the sick and the Christian territories, the Order evolved into both a religious and military chivalric Order.

  (b)  In 1310, in Rhodes, the Order became recognized as a sovereign state under international law. The Order remained in Rhodes until 1523, when the Turks occupied Rhodes.

  (c)  In 1530, the Order became sovereign over the Island of Malta, whereupon the members of the Order also became known as "The Knights of Malta." In 1565, it defended the Island of Malta from an invasion by the Turks.

  (d)  With the encouragement of the Order of Malta, over 1,800 Knights

- 2 -

and Maltese sailors enlisted in the French navy with the specific purpose of assisting Americans in gaining independence from the British.    In 1783, Benjamin Franklin in his capacity as U.S. Ambassador to France, designed and minted the United States' first medal, entitled "Libertas Americana."  This medal was presented to the Order of Malta by Benjamin Franklin in recognition of Plaintiff's assistance to the United States in its war of independence.

(e)    The eight-pointed white cross depicted in Exhibit 1 was developed in its modern form in the 16th Century and has been used by the Order of Malta as its primary symbol since then without interruption (known as "The Maltese Cross").

(f)    In 1834, the Order permanently settled in Rome.  Its leader, the Grand Master of the Order, is Sovereign Prince and has the rank of a Cardinal in the Roman Catholic Church.

(g)    The original Hospitaller mission of service to the poor and the sick has become once more its primary activity and the Order remains a major international Catholic charitable and hospitaller organization, serving the needs of all faiths and nationalities.  For example, it provided major assistance in the relief of Europe after both World Wars.

(h)    Today, there are approximately 14,000 Knights and Dames (women members); 80,000 volunteers and 11,000 doctors, nurses and healthcare professionals working in 200 hospitals, emergency relief

- 3 -

and ambulance corps and providing care for at least seven million persons in 110 countries.

(i)     In 1926, an American Association of the Order was established in New York.  This was followed by the establishment of the Western Association in 1953 in San Francisco and the Federal Association in 1974 based in Washington, DC.  There are over 3,000 Knights and Dames serving in the United States.

4.     Plaintiff is recognized as a sovereign entity under international law, having diplomatic relations with over 100 countries.  It holds a seat as a Permanent Observer at the United Nations and is a member of several Special Agencies the United Nations Educational, Scientific and Cultural Organization (UNESCO), the Office of the United Nations High Commissioner for Refugees (UNHCR), the Office of the United Nations High Commissioner for Human Rights (OHCHR), the United Nations Industrial Development Organization (UNIDO), the International Atomic Energy Agency (IAEA), the World Health Organization (WHO), and the World Food Program (WFP).   It also has delegations or representations to international organizations including the European Community, the Council of Europe in Strasbourg, France, the Inter-American Development Bank (IDB) in Washington, D.C., the International Institute of Humanitarian Law in Geneva, Switzerland, the International Institute for the Unification of Private Law (UNIDROIT) in Rome, Italy, the International Committee of Military Medicine (ICMM) in Brussels, Belgium, the International Federation of Red Cross and Red Crescent Societies of Geneva, the International Committee of the Red Cross (ICRC) in Geneva, the International Organization for Migration (IOM) in Geneva, and the Union Latina in Santo Domingo, Dominican Republic and Paris, France.

- 4 -

5.     Plaintiff's principal place of business, which has extraterritorial status by agreement with the Italian Republic, is located at Via Condotti 68, I – 00187, Rome, Italy.

## DEFENDANT

6.     Persons and entities with no affiliation with Plaintiff from time to time have attempted without authorization to trade on the Order's name and service marks to confuse members of the public and to solicit funds to the detriment of Plaintiff and in derogation of its charitable work.  Defendant is one of those entities.

7.     On December 16, 2008 Defendant's trademark application for registration of a coat of arms was officially published. *See* Exhibit 3. According to that application, Defendant is purportedly a Florida non-profit corporation, yet no record of their incorporation can be found.  Defendant lists its address as: 800 South Dixie Highway, Suite 107, West Palm Beach, FL 33401, yet there is no record of any such organization operating at that address.

8.     Plaintiff timely filed an opposition to this application on April 15, 2009.  Defendant calls itself "Knights Hospitallers Of The Sovereign Order Of Saint John Of Jerusalem, Knights Of Malta, The Ecumenical Order", but it has absolutely no affiliation with Plaintiff and lacks any authority to use that name or otherwise to hold itself out as being in any way affiliated with or authorized by Plaintiff.

## JURISDICTION AND VENUE

9.     This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b), in that this is an action for false designation of origin under 15 U.S.C. § 1125(a) and unfair competition.

- 5 -

The court also has supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. § 1367(a).

10.   Personal jurisdiction and venue are proper in this Judicial District. Defendant resides in this District.   Also, Defendant has transacted and purportedly is transacting business in this District, which has given rise to the claims in this lawsuit.  Defendant has committed deceptive, unauthorized use of service marks, and acts of unfair competition causing injury to Plaintiff within this District.

## BACKGROUND FACTS

11.   Plaintiff has members residing in this Judicial District who are devoted to serving the poor and sick and to supporting local, national and international charitable activities.

12.   Consistent with its 900-year tradition, Plaintiff operates and financially supports health clinics and services for the poor and sick in this Judicial District and elsewhere in the United States.

13.   Plaintiff has used in commerce and owns the following U.S. registered service marks, among others, for charitable services and charitable fund raising services:

A.   CROSS ON SHIELD (design mark), Registration No. 2,799,898 (*see* Exhibit 1 hereto).

B.   KNIGHTS OF MALTA, Registration No. 2,783,934 (*see* Exhibit 4 hereto)

C.   SOVEREIGN MILITARY HOSPITALLER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, Registration No. 2,783,933 (*see* Exhibit 5 hereto);

D.   HOSPITALLERS OF ST. JOHN OF JERUSALEM, Registration No. 2,915,824 (*see* Exhibit 6 hereto); and

E.   ORDER OF ST. JOHN OF JERUSALEM, Registration No. 3,056,803 (*see* Exhibit 7 hereto).

- 6 -

14.     The foregoing registered service marks (the "Marks") are associated with Plaintiff by reason of their longstanding use by Plaintiff and its authorized licensees to promote Plaintiff's services.

15.     Defendant is using a facsimile of the Order of Malta's Coat of Arms and the term "Knights Hospitallers Of The Sovereign Order Of Saint John Of Jerusalem, Knights Of Malta, The Ecumenical Order," which is likely to cause members of the public to believe that Defendant is affiliated with or endorsed by Plaintiff when it is not.

16.     Defendant falsely claims that it is "sovereign."

17.     Defendant also uses on its website and other promotional materials the Maltese cross, a symbol which has developed in its modern form by Plaintiff for its own exclusive use over 500 years ago.

18.     Defendant has not sought or obtained permission from Plaintiff to display, use or advertise the Infringing Mark or to claim any affiliation or connection with Plaintiff for any purpose whatever.

19.     Defendant has used the Infringing Mark and false designations of origin to solicit charitable contributions from unwitting members of the public, causing them to contribute funds to what they were led to believe were charitable causes sponsored by Plaintiff.

20.     Plaintiff has demanded that Defendant cease and desist from further use or display of the Infringing Mark and other references to Plaintiff, but Defendant has refused to comply.

## FIRST COUNT
### (Violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114)

21.    Plaintiff repeats and realleges herein the allegations of paragraphs 1-20 of this Complaint.

22.    Defendant's unauthorized use of the mark "Knights Hospitallers Of The Sovereign Order Of Saint John Of Jerusalem, Knights Of Malta, The Ecumenical Order" infringes Plaintiff's rights.  Defendant's use of the mark "Knights Hospitallers Of The Sovereign Order Of Saint John Of Jerusalem, Knights Of Malta, The Ecumenical Order" is likely to cause confusion as to the origin of the services offered by Defendant and its association with or endorsement by Plaintiff.

23.    Defendant's acts violate Section 32 of the Lanham Act, 15 U.S.C. § 1114.

24.    Defendant's acts have damaged Plaintiff.

25.    Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause Plaintiff great and irreparable harm.  Plaintiff does not have an adequate remedy of law.

26.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs as an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

## SECOND COUNT
### (Violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a))

27.    Plaintiff repeats and realleges herein the allegations of paragraphs 1-20 of this Complaint.

- 8 -

28.    Defendant's use of "Knights Hospitallers Of The Sovereign Order Of Saint John Of Jerusalem, Knights Of Malta, The Ecumenical Order" as part of its name, its false claim to be "sovereign," its use of a facsimile of the Order of Malta Coat of Arms, and the history of the Order constitute false designations of origin in violation of Plaintiff's rights.  Defendant's conduct has caused actual confusion and creates a likelihood of confusion with Plaintiff as to the origin and affiliation of Defendant and the sponsorship of its activities.

29.    Defendant's acts violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

30.    Defendant's acts have damaged Plaintiff.

31.    Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause Plaintiff great and irreparable harm.  Plaintiff does not have an adequate remedy of law.

32.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs as an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

### THIRD COUNT
### (Common law unfair competition)

33.    Plaintiff repeats and realleges herein the allegation of paragraphs 1-20 of this Complaint.

34.    By reason of the foregoing, Defendant has engaged in unfair competition under the common law.

35.    Defendant's acts have damaged Plaintiff.

36.    Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause, Plaintiff great and irreparable harm.  Plaintiff does not have an adequate remedy of law.

37.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs.

## FOURTH COUNT
## (Violation of Section 501 – Deceptive and Unfair Trade Practice)

38.    Plaintiff repeats and realleges herein the allegations of paragraphs 1-20 of this Complaint.

39.    By reason of the foregoing, Defendant has engaged in deceptive acts and practices within the meaning of Fla. Stat § 501.201, et seq.  Defendant has sought to mislead consumers into making charitable contributions by falsely

suggesting that Defendant is authorized by or affiliated with Plaintiff.

40.    Defendant's acts have damaged Plaintiff.

41.    Unless restrained and enjoined, Defendant's conduct has caused, and will continue to cause, Plaintiff great and irreparable harm.  Plaintiff does not have an adequate remedy of law.

42.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

43.    Preliminarily and permanently enjoining Defendant, and each of its officers, directors, shareholders, representatives, agents, parents, affiliates and licensees, and all others acting in concert with them, from using the Marks, the

Order of Malta Coat of Arms, or any facsimile thereof, as a trademark, trade name, corporate name or service mark or as a component of any trademark, trade name, corporate name or service mark;

44.    Awarding the Plaintiff its damages as may be established upon the trial of this action;

45.    Awarding Plaintiff its reasonable attorneys' fees and the costs of suit incurred herein; and

46.    Granting Plaintiff such other and further relief as to the court deems just and proper.

Dated:  July $\overline{7}$, 2009

Respectfully submitted,

AKERMAN SENTERFITT
*Counsel for Plaintiff the Sovereign
Military Hospitaller Order of Saint John of
Jerusalem, of Rhodes and of Malta*
One Southeast Third Avenue
25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email:  luis.onaghten@akerman.com

By:

Luis M. O'Naghten
Florida Bar No.:  622435
Jose F. Diaz
Florida Bar No.:  0017245

- 11 -

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,799,898
Registered Dec. 30, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA (MALTA SOVEREIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH)
VIA DEI CONDOTTI 68
ROME, ITALY I-00187

FOR: CHARITABLE SERVICES, NAMELY, FUND RAISING FOR AND PROVIDING GRANTS TO DOMESTIC AND INTERNATIONAL HUMANITAR-IAN, HOSPITALLER, MEDICAL, RELIGIOUS, AND DIPLOMATIC CAUSES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1099; IN COMMERCE 12-31-1926.

SER. NO. 76-446,059, FILED 9-3-2002.

CHRIS WELLS, EXAMINING ATTORNEY

# EXHIBIT 1



EXHIBIT 2

Side - 1

## NOTICE OF PUBLICATION UNDER §12(a)
### MAILING DATE: Nov 26, 2008
### PUBLICATION DATE:  Dec 16, 2008

The mark identified below will be published in the Official Gazette on Dec 16, 2008.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration.To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**  77509309

**MARK:**            Miscellaneous Design

**OWNER:**           Knights Hospitallers of the Sovereign Or

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

THOMAS W. BROOKE
HOLLAND & KNIGHT LLP
2099 PENNSYLVANIA AVE NW STE 100
WASHINGTON, DC  20006-6801

# EXHIBIT 3

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77509309**
**Filing Date: 06/26/2008**

*NOTE: Data fields with the ＊ are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| ＊MARK | \\TICRS\EXPORT2\IMAGEOUT2 \775\093\77509309\xml1\FT K0002.JPG |
| ＊SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| ＊COLOR MARK | YES |
| ＊DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of A white cross on a red cross at the center of a red outlined Maltese Cross. A red crown is above the Cross. |
| ＊COLOR(S) CLAIMED (If applicable) | The color(s) red and white is/are claimed as a feature of the mark. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 380 x 524 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ＊OWNER OF MARK | Knights Hosptiallers of the Sovereign Order of Saint John of Jerusalem, Knights of Malta, the Ecumenical Order |

| *STREET | 800 South Dixie Highway |
|---|---|
| **INTERNAL ADDRESS** | Suite 107 |
| *CITY | West Palm Beach |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 33401 |

## LEGAL ENTITY INFORMATION

| *TYPE | NON-PROFIT CORPORATION |
|---|---|
| *STATE/COUNTRY WHERE LEGALLY ORGANIZED | Florida |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 036 |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1798 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1916 |
| *IDENTIFICATION | Charitable fund raising services |
| *FILING BASIS | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1798 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1916 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | spec-63146184126-175559887_._maltacrossspec.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT2\IMAGEOUT2\775\093\77509309\xml1\FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | Excerpt from annual report |

## ADDITIONAL STATEMENTS SECTION

## ADDITIONAL STATEMENTS SECTION

**TRANSLATION**
**(if applicable)**

**TRANSLITERATION**
**(if applicable)**

**CLAIMED PRIOR**
**REGISTRATION**
**(if applicable)**

**CONSENT**
**(NAME/LIKENESS)**
**(if applicable)**

**CONCURRENT USE**
**CLAIM**
**(if applicable)**

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Thomas W. Brooke |
| **ATTORNEY DOCKET NUMBER** | 115128/1 |
| **FIRM NAME** | Holland & Knight LLP |
| **STREET** | 2099 Pennsylvania Avenue, NW |
| **INTERNAL ADDRESS** | Suite 100 |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20006 |
| **PHONE** | 202 663-7217 |
| **FAX** | 202 955-5564 |
| **EMAIL ADDRESS** | thomas.brooke@hklaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Paul F. Kilmer, Stephen J. Jeffries, Anthony R. Masiello, Carla C. Calcagno |

## CORRESPONDENCE INFORMATION

| NAME | Thomas W. Brooke |
|---|---|
| FIRM NAME | Holland & Knight LLP |
| STREET | 2099 Pennsylvania Avenue, NW |
| INTERNAL ADDRESS | Suite 100 |
| CITY | Washington |
| STATE (Required for U.S. applicants) | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 202 663-7217 |
| FAX | 202 955-5564 |
| EMAIL ADDRESS | thomas.brooke@hklaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 275 |
| TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /Keith Carson/ |
|---|---|
| SIGNATORY'S NAME | Keith Carson |
| SIGNATORY'S POSITION | Director |
| DATE SIGNED | 06/26/2008 |

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77509309**
**Filing Date: 06/26/2008**

# To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) red and white is/are claimed as a feature of the mark. The mark consists of A white cross on a red cross at the center of a red outlined Maltese Cross. A red crown is above the Cross.
The applicant, Knights Hosptiallers of the Sovereign Order of Saint John of Jerusalem, Knights of Malta, the Ecumenical Order, a NON-PROFIT CORPORATION legally organized under the laws of Florida, having an address of
    Suite 107,
    800 South Dixie Highway
    West Palm Beach, Florida 33401
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 036:  Charitable fund raising services

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 036, the mark was first used at least as early as 00/00/1798, and first used in commerce at least as early as 00/00/1916, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Excerpt from annual report.

**Original PDF file:**
spec-63146184126-175559887_._maltacrossspec.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


The applicant hereby appoints Thomas W. Brooke and Paul F. Kilmer, Stephen J. Jeffries, Anthony R. Masiello, Carla C. Calcagno of Holland & Knight LLP
    Suite 100

2099 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 115128/1.

Correspondence Information: Thomas W. Brooke
                                     Suite 100
                                       2099 Pennsylvania Avenue, NW
                                       Washington, District of Columbia 20006
                                       202 663-7217(phone)
                                       202 955-5564(fax)
                                       thomas.brooke@hklaw.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Keith Carson/   Date Signed: 06/26/2008
Signatory's Name: Keith Carson
Signatory's Position: Director


RAM Sale Number: 3577
RAM Accounting Date: 06/27/2008

Serial Number: 77509309
Internet Transmission Date: Thu Jun 26 18:17:20 EDT 2008
TEAS Stamp: USPTO/FTK-63.146.184.126-200806261817205
64315-77509309-4003476d6a34fbcf6689d9ac4
dd7889724-CC-3577-20080626175559887956



Charitable Giving

## FLORIDA

• In cooperation with the Grand Priory of Greece, collected and assembled the contents for SANE disaster relief kits valued at $86,000 (U.S.D), and arranged for them to be shipped to Greece where our members loaded them onto trucks bound for Serbia for distribution by the Princess Katherine Foundation in Yugoslavia.

• Donated wheelchairs, walkers, canes, and bedside commodes to the elderly who cannot afford these much-needed medical supplies.

• Donated two wheelchairs, a walker, and cane to Paws4Liberty, a nonprofit organization that trains service dogs for use by mentally and physically handicapped persons. The equipment will be used in helping to train and prepare the dogs to deal with individuals using similar medical equipment.

• Assisted in raising funds for the construction of a 14,000-square-foot building in Mississippi that will house a gymnasium, kitchen, meeting rooms and a sheriff's office substation. The building will also serve as a storm shelter.





*A crib and other baby supplies were donated by the Grand Priory of Florida to the Bright Beginnings Home Visitation Program for at-risk mothers.*

*The Grand Priory of Florida donated two wheelchairs, a walker and cane to Paws 4 Liberty for their use in training service dogs for physically or mentally disabled children and adults.*

## GERMANY

• Organized the Kids for Kids project to help support children in need. Children were not only taught art, and were able to explore their artistic talents, but €2,000 was raised when the paintings were auctioned off.





*Approximately 5,500 people attended a Blood Donor Day event organized by the Commandery of Munich at Munich Olympic Park.*

*Chev. Oleg Schönbach, a world-renowned artist and Commander of the Commandery of Frankfurt, taught his special style of painting to students in five separate classes. The children's paintings were then auctioned off to raise money for kids in need.*

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,783,934
Registered Nov. 18, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## KNIGHTS OF MALTA

SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA (MALTA SOVEREIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH)
VIA DEI CONDOTTI 68
ROME, ITALY I-00187

FOR: CHARITABLE SERVICES, NAMELY, FUND RAISING FOR AND PROVIDING GRANTS TO DOMESTIC AND INTERNATIONAL HUMANITAR-IAN, HOSPITALLER, MEDICAL, RELIGIOUS, AND DIPLOMATIC CAUSES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1535; IN COMMERCE 12-31-1926.

SER. NO. 76-446,061, FILED 9-3-2002.

CHRIS WELLS, EXAMINING ATTORNEY

# EXHIBIT 4

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,783,933**

## United States Patent and Trademark Office

Registered Nov. 18, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA

SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA (MALTA SOVER-EIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH)
VIA DEI CONDOTTI 68
ROME, ITALY I-00187

FOR: CHARITABLE SERVICES, NAMELY, FUND RAISING FOR AND PROVIDING GRANTS TO DOMESTIC AND INTERNATIONAL HUMANITAR-IAN, HOSPITALLER, MEDICAL, RELIGIOUS, AND DIPLOMATIC CAUSES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1535; IN COMMERCE 12-31-1926.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORDER", APART FROM THE MARK AS SHOWN.

SER. NO. 76-446,050, FILED 9-3-2002.

CHRIS WELLS, EXAMINING ATTORNEY

EXHIBIT 5

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,915,824**

## United States Patent and Trademark Office

Registered Jan. 4, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

HOSPITALLERS OF ST. JOHN OF JERUSALEM

SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA (MALTA SOVEREIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH)
VIA DEI CONDOTTI 68
ROME, ITALY I-00187

FOR: CHARITABLE SERVICES, NAMELY FUNDRAISING FOR AND PROVIDING GRANTS TO DOMESTIC AND INTERNATIONAL HUMANITARIAN, HOSPITALLER, MEDICAL, RELIGIOUS, AND DIPLOMATIC CAUSES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1113; IN COMMERCE 4-28-1927.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,783,933.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOSPITALLERS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-561,592, FILED 11-21-2003.

ELISSA GARBER KON, EXAMINING ATTORNEY

# EXHIBIT 6

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,056,803

## United States Patent and Trademark Office

Registered Feb. 7, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

## ORDER OF ST. JOHN OF JERUSALEM

SOVEREIGN MILITARY HOSPITALLER ORDER OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA (MALTA SOVEREIGN NATION AND RELIGIOUS ORDER OF THE ROMAN CATHOLIC CHURCH)
VIA DEI CONDOTTI 68
ROME, ITALY I-00187

FOR: CHARITABLE SERVICES, NAMELY FUNDRAISING FOR AND PROVIDING GRANTS TO DOMESTIC AND INTERNATIONAL HUMANITARIAN, HOSPITALLER, MEDICAL, RELIGIOUS, AND DIPLOMATIC CAUSES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1113; IN COMMERCE 4-28-1927.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,781,548, 2,783,969 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORDER", APART FROM THE MARK AS SHOWN.

SER. NO. 76-561,591, FILED 11-21-2003.

ELLEN B. AWRICH, EXAMINING ATTORNEY

# EXHIBIT 7

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Refiled Cases Below.

**09 - 81008**

**I (a) PLAINTIFFS**

SOVEREIGN MILITARY HOSPITALLER
ORDER OF SAINT JOHN OF JERUSALEM
OF RHODES AND MALTA,

09 - CV - 81008 - Ryskamp / Vitunac

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade County, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

Luis M. O'Naghten, Esq., Akerman Senterfitt
25th Floor, One Southeast Third Avenue
Miami, FL 33131
(305) 374-5600

**(d)** Check County Where Action Arose: ☑ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**DEFENDANTS**

KNIGHTS HOSPITALLERS OF THE
SOVEREIGN ORDER OF SAINT JOHN OF
JERUSALEM, KNIGHTS OF MALTA, THE
ECUMENICAL ORDER,

**CIV-RYSKAMP**

County of Residence of First Listed Defendant:
MAGISTRATE JUDGE
VITUNAC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE
LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

FILED by ATS D.C.

JUL 08 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. OF FLA. - MIAMI

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Case Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholder's Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**

*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

*PERSONAL INJURY*
☐ 362 Personal Injury-Med. Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt Relations
☐ 730 Labor/Mgmt Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☑ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**OTHER STATUS**
☐ 400 States Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other r Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. W/Disabilities- Employment
☐ 446 Amer. W/Disabilities- Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus and Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/ RE-FILED CASE(S)** (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity)

Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ n/a
Check YES only if demanded in complaint
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

#350.00   1004190

07/08/09

{M2829609;1}